JAMES BRAY, Respondent, *v.* A. J. RAGSDALE, Appellant.

1.  Case stricken from the docket.

*From Greene Circuit Court.*

*F. P. Wright*, for appellant.

*J. P. Ellis*, for respondent.

ADAMS, Judge, delivered the opinion of the court.

There is no order in this record allowing an appeal, and no writ of error.    We therefore have no jurisdiction over the case. Let it be stricken from the docket.    The other judges concur.